UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

       VS                                           CASE NO.   3:03-CR-116   RV

HARRY W. SPISAK

## FINANCIAL REFERRAL AND ORDER

Upon review of the financial records, it appears that funds for:  **X**  Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____, are now held by the Clerk for

                Harry W. Spisak #68839-004        (Payee)
Address:   FCI Coleman Medium
                PO Box 1032
                Coleman, FL 33521

Receipt Number  802-109525-08    Date of Receipt   1/17/06

Motion:    N/A

Explanation: On November 21, 2005 the Clerk's office received $980.93 to payoff Mr. Spisak's fine. The Clerk's office has now received $25.00 on the November BOP report and $25.00 on the December BOP report. Requesting authorization to refund the $50.00 overpayment and any additional money we may receive from the Bureau of Prisons for Mr. Spisak in this case. There may be a timing difference in the Bureau of Prisons stopping the payments from Mr. Spisak's account.

**WILLIAM M. McCOOL, Clerk of Court**

**By:**    *s/Philip Detweiler*
        Philip Detweiler, Financial Specialist

**Date:  January 25, 2006**

---

### ORDER

Upon consideration, it is ORDERED this <u>25th</u> day of <u>January</u>, 2006, that the request is GRANTED and that the Clerk of the Court refund the identified funds to the payee.

                        /s/*Roger Vinson*
                        ROGER VINSON
                SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99